# United States District Court

### DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

MIGUEL TORRES-CARRASCO

REDACTED

**Criminal Complaint**

CASE NUMBER: 07-116 M

(Name and Address of Defendant)

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about __June 8, 2007__ in __New Castle__ County, in the District of Delaware, defendant, an alien, was found in the United States, after previously being deported to Mexico subsequent to an aggravated felony conviction, and prior to his reembarkation at a place outside the United States neither the United States Attorney General nor the Undersecretary for Border and Transportation Security of the Department of Homeland Security had expressly consented to defendant's reapplying for admission to the United States

in violation of Title ___8___ United States Code, Section(s) __1326(a) & (b)(2)__.

I further state that I am a(n) __Special Agent, Department of Homeland Security, ICE__ and that this complaint is based
   Official Title
on the following facts:

See attached Affidavit

Continued on the attached sheet and made a part hereof:    Yes X

Signature of Complainant
Patrick M. McCall
Special Agent, ICE

FILED
JUN 25 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sworn to before me and subscribed in my presence,

June 25, 2007                              at        Wilmington, DE
Date                                                 City and State

Honorable Mary Pat Thynge
United States Magistrate Judge
Name & Title of Judicial Officer                     Signature of Judicial Officer

## AFFIDAVIT

Patrick McCall, being duly sworn, states as follows:

1. Your affiant is a Special Agent of the United States Immigration and Customs Enforcement (ICE), in the Wilmington, Delaware Resident Office, and has been so employed for approximately nineteen (19) years. Being duly sworn, your affiant deposes and says as follows:

2. On June 8, 2007, the U.S. Immigration and Customs Enforcement Office in Wilmington, Delaware received information from the Milford Police Department relating to the encounter of Andres C. TORRES for motor vehicle violations in Milford, Delaware. On June 8, 2007, Andres C. TORRES was operating a 1994 Nissan Pathfinder with a fictitious registration and was pulled over for motor vehicle violations on South Rehobeth Boulevard in Milford, Delaware. When questioned regarding his current identity, TORRES claimed that his true and correct name was Andres C, TORRES, and that he was born o                    . TORRES could not produce any type of identification to support his claims and was transported taken back to the Milford Police Department. TORRES was subsequently cited for motor vehicle violations, was photographed and fingerprinted, and was released.

3. On June 11, 2007, the fingerprints of Andres TORRES were provided to U.S. Immigration and Customs Enforcement Special Agent David YEARY, were searched through the Automated Identification Fingerprint System (AFIS), and matched the Federal Bureau of Investigation Identification Record of Roberto CARRANZA (FBI#251009VA6).

-1-

Your affiant has retrieved and reviewed the FBI Identification Record of Roberto CARRANZA. This record shows an arrest by the United States Immigration and Naturalization Service in Los Angeles, California under the name Miguel TORRES-CARRASCO and immigration file number A72 940 588. The record also contained numerous arrests in the State of California for narcotics violations.

4. The immigration file of Miguel TORRES-CARRASCO (A72 940 588) was retrieved by your affiant and revealed that he was a native and citizen of Mexico by birth. The file also indicated that TORRES-CARRASCO was convicted on March 18, 1994 in the Superior Court of California, in and for the County of Orange, for the offense of Sale of a Narcotic Drug. For this offense, TORRES-CARRASCO was sentenced to five years imprisonment in the California correctional system. The immigration file also contained an executed Form I-205 (Warrant of Deportation) showing that TORRES-CARRASCO had been deported from the United States on October 18, 1996 at San Ysidro, California pursuant to his criminal convictions in the State of California.

5. You affiant has reviewed the immigration file of Manuel TORRES-CARRASCO and can find no Record of the filing of an Application for Permission to Reapply for admission to the United States After Deportation, in the case of Manuel TORRES-CARRASCO, born in Mexico, or

WHEREFORE your affiant avers that there is probable cause to believe that on or about June 8, 2007, at Milford, Delaware in the District of Delaware, that Manuel TORRES-CARRASCO, aka Andres C. TORRES, a native and subject of Mexico,

reentered or was found in the United States, in violation of Title 8, United States Code, section 1326(a) & (b)(2).

_Patrice M. McCall_
PATRICK M. MCCALL
Special Agent
U.S. Immigration and Customs Enforcement (ICE)

Sworn to and subscribed before me this _24_ day of June 2007.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge

-3-