IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,      )
                               )
           Plaintiff,          )
                               )
     v.                        )     Criminal Action No. 07- 90- UNA
                               )
MIGUEL TORRES-CARRASCO,        )
a/k/a Roberto Carranza,        )
a/k/a Andres Torres,           )
           Defendant.          )

REDACTED

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about June 8, 2007, in the State and District of Delaware, Defendant Miguel Torres-

Carrasco, an alien and subject of Mexico, was found in the United States, after having been removed

therefrom on or about October 18, 1996, at or near San Ysidro, California, and Defendant was

knowingly in the United States, and prior to his reembarkation at a place outside the United States,

neither the United States Attorney General nor the Undersecretary for Border and Transportation

Security, Department of Homeland Security, expressly consented to Defendant's reapplying for

admission to the United States.

In violation of Title 8, United States Code, Sections 1326(a) & (b)(2).

A TRUE BILL

Foreperson

COLM F. CONNOLLY
UNITED STATES ATTORNEY

Robert F. Kravetz
Assistant U.S. Attorney
Dated: June 26, 2007