AO 442(Rev. 12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT

### DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

**MIGUEL TORRES-CARRASCO**

**WARRANT FOR ARREST**

CASE NUMBER: 07- _116 M_

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>Miguel Torres-Carrasco</u> when and as stated in the Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment   __ Information   _X_ Complaint   __ Order of court   __ Violation Notice   __ Probation Violation Petition

charging the Defendant with (brief description of offense)

**Illegal Reentry following an aggravated felony conviction**

in violation of Title _8_ United States Code, Section(s) _1326(a) & (b)(2)_

| | |
|---|---|
| **Honorable Mary Pat Thynge** | **United States Magistrate Judge** |
| Name of Issuing Officer | District of Delaware |
|  | Title of Issuing Officer |
| _[signature]_ | June 25, 2007   Wilmington, DE |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at $ _No Bail_ | by _[signature]_ Pat Thynge |
|  | Name of Judicial Officer |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at
_MILFORD, DELAWARE_

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6/27/07 | PATRICK M. MCCALL | _Patrick M. McCall_ |
| DATE OF ARREST | SPECIAL Agent | |
| 6/27/07 | | |

AO 442 (Rev. 12/85) Warrant for Arrest   * Indictment issued 6/27/07