IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-90-JJF |
| MIGUEL TORRES CARRASCO, | : | |
| Defendant. | : | |

## NOTICE OF APPEAL

Notice is hereby given that Miguel Torres-Carrasco, Defendant, by and through his undersigned attorney, Luis A. Ortiz, Assistant Federal Public Defender for the District of Delaware, hereby appeals to the United States Court of Appeals for the Third Circuit, from the Judgment entered by the Honorable Joseph J. Farnan, Jr. on January 25, 2008, in the United States District Court for the District of Delaware.

          /s/
LUIS A. ORTIZ
Assistant Federal Public Defender
District of Delaware
704 King Street, Suite 110
Wilmington, DE 19801
(302) 573-6010
Email: ecf_de@msn.com
Attorney for Defendant Miguel Torres-Carrasco

Dated: January 31, 2008